# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

139439-40

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LAWRENCE EARL GADOMSKI,
        Defendant-Appellant.

SC: 139439
COA: 290676
St. Clair CC: 96-000673-FC

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTHONY GADOMSKI,
        Defendant-Appellant.

SC: 139440
COA: 291064
St. Clair CC: 96-000065-FC

_____/

On order of the Court, the application for leave to appeal the June 18, 2009 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

p0222